```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01352
   EVELYN MARIE ROMAN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4378


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/22/08 and confirmed on 03/20/08.

   2.  The case was converted to Chapter 7 after confirmation, 06/11/2008.

   3.  The Debtor paid a total of $   9000.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LASALLE NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE NATIONAL BANK | SECURED | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | SECURED | 800.00 | .00 | 800.00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17915.61 | .00 | 1291.86 |
| CHASE BANK USA | UNSECURED | 906.51 | .00 | 65.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25557.86 | .00 | 1842.93 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 854.36 | .00 | 61.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9763.12 | .00 | 704.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1483.87 | .00 | 107.00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 178.69 | .00 | 12.89 |
| WORLD FINANCIAL NETWORK | UNSECURED | 690.10 | .00 | 49.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6302.32 | .00 | 454.45 |
| WORLD FINANCIAL NETWORK | UNSECURED | 900.58 | .00 | 64.94 |
| VON MAUR | UNSECURED | 4.18 | .00 | .30 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1024.49 | .00 | 73.87 |
| CAPITAL ONE BANK | UNSECURED | 11223.07 | .00 | 809.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 735.81 | .00 | 53.06 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2589.06 | .00 | 186.69 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 800.00 | .00 | 80129.63 | .00 | 80929.63 |
| PRINCIPAL PAID | 800.00 | .00 | 5778.01 | .00 | 6578.01 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 800.00 | .00 | 5778.01 | .00 | 6578.01 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3500.00 and was paid $    1600.00   direct and $   1900.00   through the plan.

The Trustee received $     521.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 01352 EVELYN MARIE ROMAN